IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AISHA PARKER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-1760 |
| | : | |
| AMAZON LOGISTICS, INC., | : | |
| GREGORY MAZEPINK, and | : | |
| FREDDY GUANTE TOLEDO | : | |

# ORDER

**AND NOW**, this 22nd day of June 2023, upon considering Plaintiff's Motion to remand (ECF Doc. No. 16), Plaintiff's Motion to amend (ECF Doc. No. 22), Defendant Amazon Logistics, Inc.'s Responses (ECF Doc. Nos. 25, 26), oral argument during our June 7, 2023 pretrial conference, and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. We **DENY** Plaintiff's Motion to remand (ECF Doc. No. 16) based upon the initial removal;

2. We **GRANT** Plaintiff's Motion to amend (ECF Doc. No. 22) requiring the Clerk of Court **forthwith** file the amended Complaint attached at Exhibit 5 to the Motion to amend (ECF Doc. No. 22-1) as the amended Complaint;

3. We **amend** the caption as above to reflect the amended Complaint;

4. The Clerk of Court, upon filing the amended Complaint, shall **forthwith remand** this matter to the Court of Common Pleas of Philadelphia County as we decline to exercise jurisdiction over this claim involving non-diverse parties; and,

5. The Clerk of Court shall **CLOSE** this case in this District.

_____
**KEARNEY, J.**